UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HU ZHOU, ET AL.,<br><br>                    Plaintiff(s),<br><br>                v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>                    Defendant(s). | 23-CV-7118 (DEH)<br><br>NOTICE OF REASSIGNMENT & ORDER |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Additionally, by **October 31, 2023**, the Plaintiff is hereby ORDERED to file on ECF a memorandum of law in support of his request for a writ of mandamus. The memorandum shall not exceed fifteen pages. The Government shall, by **November 14, 2023**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **November 28, 2023**, file any reply memorandum that shall not exceed eight pages. The memoranda and other materials shall otherwise comply with the Court's Individual Practices.

Requests for extensions or adjournment may be made only by letter-motion filed on ECF, and must be received at least two business days before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous

requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

    SO ORDERED.

Dated: October 10, 2023
       New York, New York

_____
DALE E. HO
United States District Judge